FILED: January 27, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1080
(RM21-17-001)
(RM21-17-003)

_____

PJM TRANSMISSION OWNERS: AMERICAN ELECTRIC POWER SERVICE CORPORATION, on behalf of Appalachian Power Company, Indiana Michigan Power Company, Kentucky Power Company, Kingsport Power Company, Ohio Power Company, Wheeling Power Company, AEP Appalachian Transmission Company, Inc., AEP Indiana Michigan Transmission Company, Inc., AEP Kentucky Transmission Company, Inc., and AEP Ohio Transmission Company, Inc.; THE DAYTON POWER & LIGHT COMPANY, d/b/a AES Ohio; DOMINION ENERGY SERVICES, INC., on behalf of Virginia Electric & Power Company d/b/a Dominion Energy Virginia; DUKE ENERGY CORPORATION, on behalf of Duke Energy Ohio, Inc., Duke Energy Kentucky, Inc., and Duke Energy Business Services LLC; DUQUESNE LIGHT COMPANY; EAST KENTUCKY POWER COOPERATIVE, INC.; EXELON CORPORATION, on behalf of Atlantic City Electric Company, Baltimore Gas and Electric Company, Commonwealth Edison Company, Delmarva Power & Light Company, PECO Energy Company, and Potomac Electric Power Company; FIRSTENERGY SERVICE COMPANY, on behalf of American Transmission Systems, Incorporated, Jersey Central Power & Light Company, Mid-Atlantic Interstate Transmission LLC, The Potomac Edison Company, Monongahela Power Company, Keystone Appalachian Transmission Company, and Trans-Allegheny Interstate Line Company; PPL ELECTRIC UTILITIES CORPORATION; ROCKLAND ELECTRIC COMPANY

    Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

    Respondent

This case has been opened in this court.

| | |
|---|---|
| Originating Court | Federal Energy Regulatory Commission |
| Originating Case Number | RM21-17-001<br>RM21-17-003 |
| Date Petition Filed: | 01/23/2025 |
| Petitioner(s) | American Electric Power Service Corporation; The Dayton Power & Light Company; Dominion Energy Services, Inc.; Duke Energy Corporation; Duquesne Light Company; East Kentucky Power Cooperative; Exelon Corporation; FirstEnergy Service Company; PPL Electric Utilities Corporation; Rockland Electric Company |
| Appellate Case Number | 25-1080 |
| Case Manager | Karen Stump<br>804-916-2704 |