# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| PJM Transmission Owners,<br><br>*Petitioners*<br><br>v.<br><br>Federal Energy Regulatory Commission,<br><br>*Respondent* | Case No. 25-1080 |

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel, John Longstreth, moves to withdraw as counsel for Petitioner Rockland Electric Company ("Rockland"). In support of this motion, Mr. Longstreth states:

1. On January 23, 2025, the PJM Transmission Owners filed a petition for this Court to review an order issued by the Federal Energy Regulatory Commission ("FERC"). Because Rockland's counsel were not members of this Court's bar, Mr. Longstreth signed the petition on behalf of Rockland.

2. On January 30, 2025, and February 7, 2025, counsel for Rockland, Joshua A. Kirstein and Paul A. Savage, respectively, were admitted to practice before the Fourth Circuit.

3. On February 7, 2025, and February 9, 2025, Mr. Kirstein and Mr. Savage, respectively, each filed a Notice of Appearance of counsel on behalf of Rockland in this proceeding.

4. Because Mr. Savage and Mr. Kirstein have entered appearances as counsel for Rockland, Mr. Longstreth will no longer be representing Rockland in this case.[1]

5. Rockland consents to Mr. Longstreth's withdrawal as its counsel.

6. In accordance with Local Rule 27(a), undersigned counsel has informed FERC of the intended filing of this motion. FERC has no objection.

For the foregoing reasons, Mr. Longstreth respectfully requests that the Court grant this Motion removing him as counsel for Rockland.

          Respectfully submitted,

*/s/ John Longstreth*
John Longstreth
K&L Gates LLP
1601 K Street, N.W.
Washington, D.C. 20006
Phone: (202) 778-9000
Fax:   (202) 778-9100
Email: john.longstreth@klgates.com

Dated: February 12, 2025

---

[1] Mr. Longstreth will continue to represent Petitioner PPL Electric Utilities Corporation in this case.

2

## CERTIFICATE OF SERVICE

In accordance with Rule 25 of the Federal Rules of Appellate Procedure, I hereby certify that on this 12th day of February, 2025, I electronically filed the foregoing Motion to Withdraw as Counsel by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ John Longstreth

John Longstreth

\