FILED:  April 8, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1650 (L)
(RM21-17-000)
(RM21-17-001)

_____

APPALACHIAN VOICES; ENERGY ALABAMA; NORTH CAROLINA
SUSTAINABLE ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR
CLEAN ENERGY; SOUTH CAROLINA COASTAL CONSERVATION
LEAGUE

      Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

_____

No. 24-1748
(RM21-17-000)
(RM21-17-001)

_____

NATURAL RESOURCES DEFENSE COUNCIL, INC.

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

_____

No. 24-1756
(RM21-17-000)
(RM21-17-001)

_____

INVENERGY SOLAR DEVELOPMENT NORTH AMERICA LLC;
INVENERGY THERMAL DEVELOPMENT LLC; INVENERGY WIND
DEVELOPMENT NORTH AMERICA LLC; INVENERGY TRANSMISSION
LLC

        Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

        Respondent

_____

No. 24-1758
(RM21-17-000)
(RM21-17-001)

_____

STATE OF TEXAS

        Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

        Respondent

———————————————

No. 24-1760
(RM21-17-000)
(RM21-17-001)

———————————————

STATE OF GEORGIA; GEORGIA PUBLIC SERVICE COMMISSION

      Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

———————————————

No. 24-1765
(RM21-17-000)
(RM21-17-001)

———————————————

ENVIRONMENTAL DEFENSE FUND

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

---

No. 24-1770
(RM21-17-000)
(RM21-17-001)
(RM21-17-003)

---

LOUISIANA PUBLIC SERVICE COMMISSION; MISSISSIPPI PUBLIC
SERVICE COMMISSION

Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

Respondent

---

No. 24-1785
(RM21-17-000)
(RM21-17-001)

---

PUBLIC UTILITIES COMMISSION OF OHIO'S OFFICE OF THE FEDERAL
ENERGY ADVOCATE; PUBLIC SERVICE COMMISSION OF WEST
VIRGINIA

Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

Respondent

_____

No. 24-1792
(RM21-17-000)
(RM21-17-001)

_____

ITC MIDWEST LLC

        Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

        Respondent

_____

No. 24-1804
(RM21-17-000)
(RM21-17-001)
(RM21-17-003)

_____

NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION

        Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

        Respondent

————————————

No. 24-1857
(RM21-17-000)
(RM21-17-001)

————————————

ELECTRICITY TRANSMISSION COMPETITION COALITION; LS POWER
GRID, LLC

       Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

       Respondent

————————————

No. 24-1862
(RM21-17-000)
(RM21-17-001)

————————————

AMERICAN FOREST & PAPER ASSOCIATION; COALITION OF MISO
TRANSMISSION CUSTOMERS; INDUSTRIAL ENERGY CONSUMERS OF
AMERICA; PJM INDUSTRIAL CUSTOMER COALITION

       Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

       Respondent

_____

No. 24-1863
(RM21-17-000)
(RM21-17-001)

_____

PENNSYLVANIA PUBLIC UTILITY COMMISSION

　　　　Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

　　　　Respondent

_____

No. 24-1867
(RM21-17-000)
(RM21-17-001)

_____

NEW ENGLAND STATES COMMITTEE ON ELECTRICITY, INC.

　　　　Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

　　　　Respondent

_____

No. 24-1876
(RM21-17-000)
(RM21-17-001)

_____

ARIZONA CORPORATION COMMISSION

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

_____

No. 24-1885
(RM21-17-000)
(RM21-17-001)
(RM21-17-003)

_____

MISO TRANSMISSION OWNERS

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

_____

No. 24-1887
(RM21-17-000)
(RM21-17-001)

_____

SIERRA CLUB

     Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

     Respondent

_____

No. 24-1979
(RM21-17-000)
(RM21-17-001)

_____

STATE OF UTAH

     Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

     Respondent

_____

No. 24-1991
(RM21-17-000)
(RM21-17-001)

_____


COMMONWEALTH OF KENTUCKY

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent


_____

No. 24-2162
(RM21-17-000)
(RM21-17-001)

_____


ADVANCED ENERGY UNITED, INC.

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

---

No. 24-2163
(RM21-17-000)
(RM21-17-001)

---

OFFICE OF THE OHIO CONSUMERS' COUNSEL

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

---

No. 25-1073
(RM21-17-000)
(RM21-17-001)

---

PJM TRANSMISSION OWNERS: THE DAYTON POWER & LIGHT COMPANY, d/b/a AES Ohio; DOMINION ENERGY SERVICES, INC., on behalf of Virginia Electric & Power Company d/b/a Dominion Energy Virginia; DUKE ENERGY CORPORATION, on behalf of Duke Energy Ohio, Inc., Duke Energy Kentucky, Inc., and Duke Energy Business Services LLC; DUQUESNE LIGHT COMPANY; EAST KENTUCKY POWER COOPERATIVE, INC.; EXELON CORPORATION, on behalf of Atlantic City Electric Company, Baltimore Gas and Electric Company, Commonwealth Edison Company, Delmarva Power & Light Company, PECO Energy Company, and Potomac Electric Power Company; FIRSTENERGY SERVICE COMPANY, on behalf of American Transmission Systems, Incorporated, Jersey Central Power & Light Company, Mid-Atlantic Interstate Transmission LLC, The Potomac Edison Company, Monongahela Power Company, Keystone Appalachian Transmission Company, and Trans-Allegheny Interstate Line Company; PPL ELECTRIC UTILITIES CORPORATION

Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

Respondent

––––––––––––––––––

No. 25-1080
(RM21-17-001)
(RM21-17-003)

––––––––––––––––––

PJM TRANSMISSION OWNERS: AMERICAN ELECTRIC POWER SERVICE
CORPORATION, on behalf of Appalachian Power Company, Indiana Michigan
Power Company, Kentucky Power Company, Kingsport Power Company, Ohio
Power Company, Wheeling Power Company, AEP Appalachian Transmission
Company, Inc., AEP Indiana Michigan Transmission Company, Inc., AEP
Kentucky Transmission Company, Inc., and AEP Ohio Transmission Company,
Inc.; THE DAYTON POWER & LIGHT COMPANY, d/b/a AES Ohio;
DOMINION ENERGY SERVICES, INC., on behalf of Virginia Electric & Power
Company d/b/a Dominion Energy Virginia; DUKE ENERGY CORPORATION,
on behalf of Duke Energy Ohio, Inc., Duke Energy Kentucky, Inc., and Duke
Energy Business Services LLC; DUQUESNE LIGHT COMPANY; EAST
KENTUCKY POWER COOPERATIVE, INC.; EXELON CORPORATION, on
behalf of Atlantic City Electric Company, Baltimore Gas and Electric Company,
Commonwealth Edison Company, Delmarva Power & Light Company, PECO
Energy Company, and Potomac Electric Power Company; FIRSTENERGY
SERVICE COMPANY, on behalf of American Transmission Systems,
Incorporated, Jersey Central Power & Light Company, Mid-Atlantic Interstate
Transmission LLC, The Potomac Edison Company, Monongahela Power
Company, Keystone Appalachian Transmission Company, and Trans-Allegheny
Interstate Line Company; PPL ELECTRIC UTILITIES CORPORATION;
ROCKLAND ELECTRIC COMPANY

Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

    Respondent

———————————

No. 25-1197
(RM21-17-001)
(RM21-17-003)

———————————

AMERICAN ELECTRIC POWER SERVICE CORPORATION; EVERGY
COMPANIES; XCEL ENERGY SERVICES INC., on behalf of Southwestern
Public Service Company

    Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

    Respondent

———————————

No. 25-1349
(RM21-17-000)
(RM21-17-001)

———————————

PUBLIC UTILITIES COMMISSION OF OHIO'S OFFICE OF THE FEDERAL
ENERGY ADVOCATE

    Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

————————————

O R D E R

————————————

The court consolidates Case No. 25-1349 with previously consolidated Case No. 24-1650(L). Case No. 25-1349 is placed in abeyance pursuant to the court order entered on August 26, 2024, in Case No. 24-1650(L). Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk